UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS ALEXANDER,

    Plaintiff,

v.                                Case No.  8:22-cv-1919-MSS-CPT

STEVEN STEWART, JOSEPH
STEARNS, MICHAEL BRADY and
MANUEL HAAG,

    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court on Plaintiff Lawrence Luis Alexander's Notice of Voluntary Dismissal. (Doc. 4).  Plaintiff states that he "is unable to pursue this action due to his limited access to the Prison Law Library" and that he "wishes to pursue this matter at a later date. (Doc. 4 at 1).

Upon consideration, this action is **DISMISSED WITHOUT PREJUDICE** [1] under Rule 41(a)(1)(A), Federal Rules of Civil Procedure ("[T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing

---

[1] Should Plaintiff desire to reassert his claims at a later date, Plaintiff is cautioned to keep the applicable statute of limitations in mind. Although the dismissal is voluntary and without prejudice, a dismissal without prejudice does not toll any applicable statute of limitations. *See, e.g.*, *Foudy v. Indian River Cty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (" Dismissal of a complaint, without prejudice, does not allow a later complaint to be filed outside the statute of limitations. The statute of limitations is not automatically tolled in such a situation, absent some additional reason." (internal citation and quotation marks omitted)).

party serves either an answer or a motion for summary judgment.") The Clerk is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida this 22nd day of December 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE